IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee, | * | Case No. 25-5192 |
| v. | * | |
| CHRISTOPHER SPRINGFIELD, | * | |
| Defendant-Appellant. | * | |

**MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF
AND TO RESET BALANCE OF BRIEFING SCHEDULE**

**COMES NOW,** Counsel for the Appellant herein, Christopher Springfield, and requests that this Court extend the time for filing the Principal Brief in this matter by 30 days. In support thereof, Counsel states:

- Counsel requests additional time to facilitate communication with Appellant for the purpose of receiving his input on this appeal.

This is Appellant's first request for an extension. AUSA Charles Wisdom has been notified of this request and does not object.

**WHEREFORE,** Counsel respectfully requests that this Court extend the time for filing Appellant's Principal Brief 30 days beyond the current due date of July 7, 2025.

          Respectfully submitted,

          *s/   Thomas W. Kidd, Jr.*
          Thomas W. Kidd, Jr.
          Attorney for Appellant
          Kidd & Urling LLC
          P.O. Box 231
          Harveysburg, OH 45032
          513-733-3080
          513-731-7230 Fax
          tkidd@kiddurlinglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically served on the Office of the US Attorney on July 3, 2025.

          *s/   Thomas W. Kidd, Jr.*
          Thomas W. Kidd, Jr.
          Attorney for Appellant